# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| KATHRYN P. WITTNER | PLAINTIFF |
| V. | NO. 3:19-CV-3-DMB-JMV |
| RUTH P. SCHWARTZ, et al. | DEFENDANTS |

## ORDER LIFTING STAY

This matter is before the court consistent with the court's Order [26], staying this case pending a ruling on the [24] motion to dismiss for lack of subject matter jurisdiction. The District Judge has now ruled on the motion. Doc. #37. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED**. A status conference shall be set by separate notice of the court.

**SO ORDERED**, this February 21, 2020.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**