# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

KATHRYN P. WITTNER                          PLAINTIFF

VS.                          CIVIL CAUSE NO.: 3:19cv3-DMB-JMV

RUTH P. SCHWARTZ, *ET AL.*                     DEFENDANTS

## ORDER AMENDING CASE MANAGEMENT ORDER

This matter is before the court following the [47] scheduling conference. Consistent with the corresponding [48] minutes,

IT IS HEREBY ORDERED that certain deadlines in the court's case management order is amended as follows:

1. Plaintiff's experts shall be designated by July 21, 2020;

2. Defendant's experts shall be designated by August 21, 2020;

3. All discovery shall be completed by November 20, 2020;

4. All *Daubert*-type motions shall be filed by December 21, 2020; and

5. All dispositive motions shall be filed by January 21, 2021.

Finally, as only five months now remain between the dispositive motions deadline and the trial date, the parties are forewarned that no further extensions shall be granted absent a trial continuance.

SO ORDERED this 2nd day of March, 2020.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**