IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KATHRYN P. WITTNER     PLAINTIFF

VS.     CIVIL CAUSE NO.: 3:19cv3-DMB-JMV

RUTH P. SCHWARTZ, *ET AL.*     DEFENDANTS

## ORDER AMENDING CASE MANAGEMENT ORDER

This matter is before the court following the [116] scheduling conference. Consistent with the corresponding [120] minutes,

IT IS HEREBY ORDERED that certain deadlines in the court's case management order are amended as follows:

1. Plaintiff's experts shall be designated by September 21, 2020;

2. Defendant's experts shall be designated by October 21, 2020;

3. All discovery shall be completed by January 20, 2021;

4. All *Daubert*-type motions shall be filed by February 22, 2021; and

5. All dispositive motions shall be filed by March 22, 2021.

Finally, as only five months now remain between the dispositive motions deadline and the trial date, the parties are forewarned that no further extensions shall be granted absent a trial continuance.

SO ORDERED this 2nd day of July, 2020.

                   /s/ Jane M. Virden
                   **UNITED STATES MAGISTRATE JUDGE**