IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KATHRYN P. WITTNER**      **PLAINTIFF**

**V.**      **NO. 3:19-CV-3-DMB-JMV**

**RUTH P. SCHWARTZ, et al.**      **DEFENDANTS**

### ORDER

On December 11, 2020, the Court was advised that this case has settled. Accordingly, the pending motion to strike [84] and motion to continue trial [176] are **DENIED as moot**. This case is administratively **CLOSED**.[1]

**SO ORDERED**, this 19th day of January, 2021.

                                               **/s/Debra M. Brown**
                                               **UNITED STATES DISTRICT JUDGE**

---

[1] This case may be dismissed with prejudice by the filing a stipulation in accordance with Federal Rule of Civil Procedure 41.