IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KATHRYN P. WITTNER**                                                **PLAINTIFF**

**V.**                                                      **NO. 3:19-CV-3-DMB-JMV**

**RUTH P. SCHWARTZ, et al.**                                    **DEFENDANTS**

## ORDER

On February 24, 2021, the parties filed a joint motion asking the Court to "enter a final order dismissing this matter with prejudice and with each party bearing its own fees and costs." Doc. #182. The motion represents that "the parties have reached a Full and Final Settlement Agreement." *Id.* at 1.

In light of the parties' settlement, the joint motion [182] is **GRANTED**. This case is **DISMISSED with prejudice** with each party bearing its own fees and costs.

**SO ORDERED**, this 26th day of February, 2021.

                                                           /s/Debra M. Brown
                                                           **UNITED STATES DISTRICT JUDGE**