**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**KATHRYN P. WITTNER**                                                                **PLAINTIFF**

**V.**                                                                **NO. 3:19-CV-3-DMB-JMV**

**RUTH P. SCHWARTZ, et al.**                                                                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 26th day of February, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**